IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DANESH KUMAR BHALLA,**     No   C 09-0579 VRW

    Petitioner,     ORDER

    v

**ROBIN BARRETT et al**

    Respondents.
_____/

    Petitioner requests de novo review of his application for naturalization pursuant to 8 USC § 1447(b).  Under § 1447(b), venue is proper in the "district in which the applicant resides."  In his complaint, petitioner states that he resides in "San Francisco District," Doc #1 at 3, but the documents attached to petitioner's complaint indicate he lives in Tracy, a city in the Eastern District of California.  See Doc #1 Exh 2.  Accordingly, the court hereby ORDERS petitioner to SHOW CAUSE in writing, on or before March 23, 2009, why the court should not transfer his petition to the district court for the Eastern District of California.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge