| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DANESH KUMAR BHALLA, | ) | No. C 09-0579 VRW |
| Petitioner, | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| ROBIN BARRETT, Field Office Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and Respondents by and through their attorneys, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a). U.S. Citizenship and Immigration Services has approved Petitioner's application for naturalization and has scheduled him for an oath ceremony date.

The parties also respectfully request that the Court vacate the Order to Show Cause set for March 23, 2009.

///

///

Stipulation to Dismiss
C09-0579 VRW                                                            1

1
2   Each of the parties shall bear their own costs and fees.
3   Date: March 13, 2009                                Respectfully submitted,
4                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
5
6                                                      _____/s/_____
                                                       ILA C. DEISS[1]
7                                                      Assistant United States Attorney
                                                       Attorneys for Respondents
8
9
                                                       _____/s/_____
10  Date: March 13, 2009                               MAHESH BAJORIA
                                                       Attorney for Petitioner
11
12                                  **ORDER**
13      Pursuant to stipulation, IT IS SO ORDERED.
14
15  Date:  3/17/2009                                   _____
                                                       VAUGHN R. WALKER
16                                                     United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

17
18
19
20
21
22
23
24
25
26
---
27
    [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28  indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-0579 VRW                                    2